FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No.   09-CR-445-DSF                              Date   June 30, 2017

Title      United States v. Martin Hernandez

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Government:            Attorneys Present for Defendant:

n/a                                          n/a

**Proceedings:**   (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒  Lack of bail resources
   ☐  Refusal to interview with Pretrial Services
   ☒  No stable residence or employment
   ☒  Previous failure to appear or violations of probation, parole, or release
   ☒  Ties to foreign countries
   ☒  Allegations in petition
   ☐

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.